FILED

2022 FEB -7  AM 10: 5 1

CL... DISTRICT COURT
CE..R.L DIST. OF CALIF.
BY ANGELES

*Wan*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER | |
|---|---|---|---|
| | PLAINTIFF(S) | 2:20-CR-00128 | 22MJ 00489 |
| v. | | | |
| WENYI ZHENG | | **DECLARATION RE** | |
| | DEFENDANT(S). | **OUT-OF-DISTRICT WARRANT** | |

The above-named defendant was charged by: Grand Jury Indictment
in the Central District                    District of Utah                    on March 12, 2020
at 12:36         ☐ a.m. / ☒ p.m.  The offense was allegedly committed on or about June 5, 2019
in violation of Title 18                    U.S.C., Section(s) 1349 and 1343
to wit:

A warrant for defendant's arrest was issued by: The United States District Court for the District of Utah

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): Arrest Warrant for WENYI ZHENG

I declare under penalty of perjury that the foregoing is true and correct.

Executed on         2/4/22
                    Date

**HENRY D BLACKWELL**
Digitally signed by HENRY D BLACKWELL
Date: 2022.02.07 10:27:39 -08'00'

Signature of Agent

Henry Blackwell
Print Name of Agent

Homeland Security Investigations
Agency

Special Agent
Title